

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00115-CR

THE STATE OF TEXAS, APPELLANT

V.

CODY MICHAEL PIRTLE, APPELLEE

On Appeal from the County Court at Law No. 1
Potter County, Texas
Trial Court No. 136550, Honorable Richard Dambold, Presiding

June 6, 2014

## ON MOTION TO DISMISS

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Pending before the Court is the State's motion to dismiss its appeal pursuant to Rule 42.2(a) of the Rules of Appellate Procedure. TEX. R. APP. P. 42.2(a). The State has complied with the requirements of Rule 42.2(a) and, as no decision of this Court has been delivered, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 43.2(f).

James T. Campbell
Justice

Do not publish.